IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSSELL ALLEN MANES,

      Petitioner,                    No. CIV S-00-0860 LKK CMK P

   vs.

ANA M. RAMIREZ-PALMER, Warden,

      Respondent.               ORDER

_____/

      On January 23, 2007, plaintiff filed a motion for an extension of time. Review of the request reveals that plaintiff is requesting an extension of time to respond to defendant's motion for summary judgment. Later in the body of the document, plaintiff states that he "received service of the Defendant's Motion to Dismiss dated December 21, 2006,...nearly two weeks after it was served." The most recent document filed in the above captioned habeas action were the court's findings and recommendations, which were filed on December 14, 2006.

      Accordingly, the court is mystified by petitioner's filing. However, in an abundance of caution, the court will grant petitioner an additional thirty days in which to file his objections to the December 14, 2006 findings and recommendations.

///

///

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's January 23, 2007 motion for an extension of time is granted; and

2. Petitioner is granted thirty days from the date of this order in which to file his objections to the December 14, 2006 findings and recommendations.

DATED: January 29, 2007.

*[signature: Craig M. Kellison]*

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

/bb
mane 00cv0860.111